**SO ORDERED.**

**DONE and SIGNED April 25, 2023.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 21-10857 |
| | § | |
| Samuel Joseph Stevenson | § | Chapter 7 |
| Kasey Lynn Stevenson | § | |
|   Debtors | § | |
| _____ | § | |
| John W. Luster, et al. | § | |
|     Plaintiffs | § | Adversary Proceeding |
| | § | |
| vs. | § | Case No. 22AP-01010 |
| | § | |
| NEWREZ, LLC | § | |
|     Defendant | § | |

## Order

Before the court are Plaintiffs' Amended Motion for Summary Judgment filed as Docket #41 and Defendant's Motion for Summary Judgment filed as Docket #34.

Having considered the motions, submissions and applicable law, and for the reasons stated in the Memorandum Ruling,

**IT IS ORDERED** that:

1. Plaintiffs' Amended Motion for Summary Judgment filed as Docket #41 is hereby **DENIED**;

2. Defendant's Motion for Summary Judgment filed as Docket #34 is hereby **GRANTED**; and

3. All claims asserted in the complaint (Docket #1) are hereby **DISMISSED**, with prejudice.

###